540 A.2d 1363

DISTRICT COUNCIL 33, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, by Earl STOUT, as Trustee ad Litem; and Earl Stout; Albert Johnson; Harry Dargan; George Winns; John Everett; Leonard Tilghman; George Wroten; Earl Williams; Edward Simpkins; Edward Williams; and Francis Rooney, Trustees of District Council 33 Municipal Workers Health and Welfare Fund, Petitioners,

v.

CITY OF PHILADELPHIA, Respondent.

No. 56 Eastern District Misc. Docket, 1988.

Supreme Court of Pennsylvania.

May 11, 1988.

Robert C. Daniels, Philadelphia, for petitioner.

Charles W. Bowser, Ralph J. Teti, Seymour Kurland, Philadelphia, for respondent.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM.

AND NOW, TO WIT, this 11th day of May, 1988, the mandate of this Court filed February 26, 1988, 517 Pa. 401, 537 A.2d 1367, requiring a ministerial act, the Writ of Mandamus is granted, and the chancellor is directed to enter an order providing for "... 'full 100% coverage,' the rates ... respectively, $181.00 and $216.00 per member per month" per the opinion of this Court.